AO 91 (Rev. 11/11) Criminal Complaint

DOA: WARRANT REQUESTED

# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Bonifacio Renteria-Cruz<br>a.k.a. Bonifacio Rente-Cruz and<br>El Boni,<br>(A# 099831410)<br>*Defendant* | Case No. 25-3128MJ<br><br>**SEALED** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about March 31, 2025, in Maricopa County, in the District of Arizona, the defendant violated Title 8, United States Code, Section 1326(a) (Reentry of Removed Alien), an offense described as follows:

BONIFACIO RENTERIA-CRUZ, an alien, was found in the United States at or near Phoenix, Arizona, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 8, 2008, and not having obtained the express consent of the Attorney General or the Secretary of Homeland Security to reapply for admission to the United States, in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

I further state that I am a Special Agent.

This criminal complaint is based on these facts:

See Attached Statement of Probable Cause Incorporated By Reference Herein

AUTHORIZED BY: AUSA Addison Owen
*Digitally signed by ADDISON OWEN Date: 2025.04.07 14:09:20 -07'00'*

☒ Continued on the attached sheet.

JEREMY M KISER
*Digitally signed by JEREMY M KISER Date: 2025.04.07 15:57:44 -07'00'*

*Complainant's signature*

Jeremy Kiser
Special Agent, HSI

*Printed name and title*

Sworn to telephonically.

Date: April 7, 2025

M Morrissey

*Judge's signature*

City and state: Phoenix, Arizona

HONORABLE MICHAEL T. MORRISSEY
United States Magistrate Judge

*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Special Agent Jeremy Kiser, declare under penalty of perjury that the following is true and correct.

1. Your affiant is a Special Agent, with United States Immigration and Customs Enforcement (ICE) Homeland Security Investigations (HSI). I have been employed as a sworn law enforcement officer with ICE HSI since November of 2005.

2. In preparing this Affidavit, I conferred with other law enforcement officials, who share the opinions and conclusions stated herein. I have personal knowledge of the following facts or have learned them from other law enforcement officers. I also relied on my training, experience, and background in law enforcement to evaluate this information. Since this affidavit is being submitted for the limited purpose of establishing probable cause for a complaint, I have not included each and every fact or source of information establishing the violation of federal law.

**I.    PROBABLE CAUSE**

3. On or about October 11, 2006, Bonifacio RENTERIA-CRUZ, a citizen of Mexico, was convicted of Aggravated Assault, a class 3 felony, in the Maricopa County Superior Court. RENTERIA-CRUZ was sentenced to three and a half (3.5) years of incarceration in the Arizona Department of Corrections.

4. After serving his sentence, RENTERIA-CRUZ, was removed from the United States to Mexico on April 8, 2008, pursuant to an order from an immigration official.

5. Subsequently, on October 15, 2009, Mexican authorities issued a warrant for

RENTERIA-CRUZ's arrest for homicide charges arising from events occurring on July 20, 2009. Since that time, RENTERIA-CRUZ has remained a fugitive.

6. On January 23, 2025, HSI received a tip stating that RENTERIA-CRUZ was residing in the United States.

7. Agents conducted checks within law enforcement intelligence databases which revealed that RENTERIA-CRUZ was potentially residing at an Apartment complex in Mesa, Arizona.

8. On March 7, 2025, your affiant executed a subpoena on the Apartment complex. Records confirmed that RENTERIA-CRUZ previously lived at that Apartment Complex but moved in April of 2024. Rental records also revealed RENTERIA-CRUZ claimed a truck with license plate VFA4LL.

9. Arizona Department of Transportation showed license plate VFA4LL was assigned to a Ford F-150 pickup truck that is registered to Aurelia Renteria-Cruz (hereafter, RENTERIA-CRUZ's truck).

10. License Plate Reader hits showed that RENTERIA-CRUZ's truck was previously seen at a residence at West Buist Avenue in Phoenix, AZ (hereafter, RENTERIA-CRUZ's residence).

11. On March 31, 2025, agents conducted surveillance at RENTERIA-CRUZ's residence. Agents observed RENTERIA-CRUZ's truck. While conducting surveillance, agents identified RENTERIA-CRUZ loading building supplies into RENTERIA-CRUZ's truck.

12. Immigration history checks revealed RENTERIA-CRUZ to be a citizen of Mexico and

a previously deported criminal alien.

13. There is no record of RENTERIA-CRUZ in any Department of Homeland Security database to suggest that he obtained permission from the Department of Homeland Security to return to the United States after his departure.

14. For these reasons, this affiant submits that there is probable cause to believe that on or before January 23, 2025, RENTERIA-CRUZ, an alien, illegally reentered the United States at an unknown time and place and was found in the United States, at or near Phoenix, Arizona, within the District of Arizona, on or about March 31, 2025, after having been previously denied admission, excluded, deported, and removed from the United States at or near Nogales, Arizona, on or about April 8, 2008, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

15. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1326(a), and enhanced by (b)(1) (Reentry of Removed Alien).

//

//

//

16. Due to the fact that RENTERIA-CRUZ is not currently in custody, it is respectfully requested that the Court issue a warrant for his arrest

_____
JEREMY M KISER  Digitally signed by JEREMY M KISER
Date: 2025.04.07 12:57:57 -07'00'

Jeremy Kiser
Special Agent, HSI


Sworn to telephonically on
April 7, 2025

_____
*M Morrissey*

HONORABLE MICHEAL T. MORRISSEY
United States Magistrate Judge

4